**STATE of Missouri, Respondent,**

v.

**Charles E. McCRACKEN, Appellant.**

**Charles E. McCRACKEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 43812, WD 47125.**

Missouri Court of Appeals, Western District.

July 6, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 1993.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction for robbery in the second degree, section 569.030 RSMo 1986, and the denial of his Rule 29.15 motion for postconviction relief.

Affirmed. Rules 84.16(b) and 30.25(b).